```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CATHERINE R. CHYI
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Mag. No. 10-276 EFB
                                 )
12         Plaintiff,            )  ORDER TO DISMISS
                                 )  INFORMATION
13      v.                       )
                                 )
14  TROY CORSO,                  )  DATE:  October 19, 2010
                                 )  TIME:  10:00 a.m.
15         Defendant.            )  JUDGE: Hon. Edmund F. Brennan
    _____)
16
17       It is Hereby Ordered that the plaintiff United States of
18  America's motion to dismiss Mag. No. 10-276 EFB is GRANTED.
19       IT IS SO ORDERED.
20  Dated: October 13, 2010
                                   _____
21                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28
```